UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 6:26-mj-1280-LHP

NICHOLAS JAMES DONATO
_____/

## UNOPPOSED MOTION TO RESCHEDULE TIME OF DETENTION HEARING

Defendant Nicholas James Donato, by and through his undersigned attorney, moves this Honorable Court to enter an Order rescheduling the detention hearing from its current time on March 3, 2026, at 10:00 a.m. to another time that day or any other date or time that is convenient for the Court. As grounds in support, Mr. Donato would state the following:

1. On February 27, 2026, Mr. Donato was arrested pursuant to Rule 40. Doc. 1.

2. On that same day, Mr. Donato made his initial appearance before the Honorable Magistrate Judge Leslie Hoffman Price. Doc. 2.

3. Also on February 27, 2026, the Court entered an order of temporary detention and a detention hearing was set for March 3, 2026, at 10:00 a.m. Doc. 6.

4. Undersigned counsel has a scheduling conflict with another assigned case scheduled before Magistrate Judge Leslie Hoffman Price on March 3, 2026, at 10:00

a.m. The status conference before Judge Hoffman Price is expected to last fifteen minutes.

5. Mr. Donato respectfully requests rescheduling his hearing on March 3, 2026, at 10:00 a.m. to March 3, 2026, at 11:00 a.m. or to any other date or time that is convenient for the Court, to allow undersigned counsel to be present for this hearing.

6. Pursuant to the local rules, undersigned counsel certifies that she communicated with Assistant United States Attorney Megan Testerman, and she does not oppose this motion.

7. Mr. Donato is currently in custody.

8. This motion is filed in good faith and not for unnecessary delay.

WHEREFORE, Defendant, Mr. Donato, respectfully requests that this Honorable Court reschedule his hearing to allow for undersigned counsel to be available to present argument on behalf of Mr. Donato.

> Respectfully submitted,
>
> Charles L. Pritchard, Jr., ESQ.
> FEDERAL DEFENDER, MDFL
>
> */s/Aziza Hawthorne*
> Aziza Hawthorne, Esq.
> Assistant Federal Defender
> Massachusetts Bar No.: 709255
> 201 South Orange Avenue, Ste 300
> Orlando, Florida 32801
> Telephone: (407) 648-6338
> Fax: (407) 648-6765
> E-Mail: aziza_hawthorne@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Unopposed Motion to Reschedule Time of Detention Hearing* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Megan Testerman, Assistant United States Attorney, this 2nd day of March 2026.

*/s/ Aziza Hawthorne*
Attorney for Mr. Donato
